NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CARLOS BAUTISTA,                      )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D18-944
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____  )

Opinion filed September 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; William D. Sites,
Judge.

PER CURIAM.

          Affirmed.

CRENSHAW, MORRIS, and SLEET, JJ., Concur.